

1  THOMAS M. HERLIHY (SBN 83615)
   FRANCIS J. TORRENCE (SBN 154653)
2  **WILSON, ELSER, MOSKOWITZ,**
     **EDELMAN & DICKER LLP**
3  650 California Street, 14th Floor
   San Francisco, California 94108-2718
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendant,
6  PROVIDENT LIFE AND ACCIDENT
   INSURANCE COMPANY
7

8

9                    **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11

12 PHYLLIS ARLEEN CASTROVINCI        )   Case No.: C08-01678 PVT
                 Plaintiff,          )
13                                   )   **STIPULATION RE EXTENSION OF**
         vs.                         )   **TIME TO RESPOND TO PLAINTIFF'S**
14                                   )   **COMPLAINT**
   PROVIDENT LIFE AND ACCIDENT       )
15 INSURANCE COMPANY, a Tennessee    )
   corporation,                      )
16                 Defendant.        )
                                     )
17 ----------------------------------- x

18

19

20

21

22

23

24

25

26

27

28
                                    1
   STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
   Case No.: C08-01678 PVT
   348592.1

1
2    Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Phyllis A. Castrovinci
and defendant Provident Life and Accident Insurance Company, through their respective counsel,
3
hereby stipulate that defendant shall have an extension to respond to the Complaint up to and
4    including May 2, 2008.
5

6    Date: April 18, 2008
7
                        MILLER, MORTON, CAILLAT & NEVIS LLP
8
9
                    By: _____
10
                        David I. Kornbluh
11                      Autumn E. Casadonte
                        Attorneys for Plaintiff
12                      PHYLLIS A. CASTROVINCI
13
14   Dated: April 18, 2008
15
                        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
16
17
                    By: _____
18                      Francis Torrence
                        Attorneys for Defendant
19                      PROVIDENT LIFE AND ACCIDENT
                        INSURANCE COMPANY
20
21
22
23
24
25
26
27
28
                                    2