UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHYLLIS ARLEEN CASTROVINCI

Plaintiff(s),

v.

PROVIDENT LIFE AND ACCIDENT INS. COMPANY, a Tennessee corporation,

Defendant(s).

No. C 08-01678 PVT

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 4-21-08

Signature _____

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")