**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                              408.535.5364

**April 21, 2008**

**CASE NUMBER:  CV 08-01678 PVT**
**CASE TITLE:  PHYLLIS ARLEEN CASTROVINCI-v-ROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case reassigned

to the **Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 04/21/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                     Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                            Entered in Computer 04/21/08 tsh

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                   Transferor CSA