1  THOMAS M. HERLIHY (SBN 83615)
   FRANCIS J. TORRENCE (SBN 154653)
2  **WILSON, ELSER, MOSKOWITZ,**
      **EDELMAN & DICKER LLP**
3  525 Market Street, 17th Floor
   San Francisco, California 94105-2725
4  Telephone:   (415) 433-0990
   Facsimile:   (415) 434-1370
5
   Attorneys for Defendant,
6  PROVIDENT LIFE AND ACCIDENT
   INSURANCE COMPANY
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11
   PHYLLIS ARLEEN CASTROVINCI,          ) Case No.: C08-01678 PVT
12                                      )
              Plaintiff,                ) **STIPULATION RE EXTENSION OF**
13                                      ) **TIME TO RESPOND TO PLAINTIFF'S**
      vs.                               ) **COMPLAINT**
14                                      )
   PROVIDENT LIFE AND ACCIDENT          )
15 INSURANCE COMPANY, a Tennessee       )
   corporation,                         )
16                                      )
              Defendant.                )
17 _____)
18
19
20
21
22
23
24
25
26
27
28
                                    1
   STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
   Case No.: C08-01678 PVT
   350839.1

Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Phyllis A. Castrovinci and defendant Provident Life and Accident Insurance Company, through their respective counsel, hereby stipulate that defendant shall have an extension to respond to the Complaint up to and including May 16, 2008.

Date: May 2, 2008

MILLER, MORTON, CAILLAT & NEVIS LLP

By: _____
David I. Kornbluh
Autumn E. Casadonte
Attorneys for Plaintiff
PHYLLIS A. CASTROVINCI

Dated: May 2, 2008

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Francis Torrence
Attorneys for Defendant
PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY