THOMAS M. HERLIHY (SBN 83615)
FRANCIS J. TORRENCE (SBN 154653)
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendant,
PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHYLLIS ARLEEN CASTROVINCI, Plaintiff, vs. PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, a Tennessee corporation, Defendant. | Case No.: C08-01678 PVT **STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Phyllis A. Castrovinci and defendant Provident Life and Accident Insurance Company, through their respective counsel, hereby stipulate that defendant shall have an extension to respond to the Complaint up to and including May 16, 2008.

Date: May 2, 2008

MILLER, MORTON, CAILLAT & NEVIS LLP

By: ______________________
David I. Kornbluh
Autumn E. Casadonte
Attorneys for Plaintiff
PHYLLIS A. CASTROVINCI

Dated: May 2, 2008

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: ______________________
Francis Torrence
Attorneys for Defendant
PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY

**IT IS SO ORDERED:**

The extension of time for defendant to respond to plaintiff's complaint is now May 16, 2008.

Dated: May 2, 2008

______________________
United States District Court

2

STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
Case No.: C08-01678 PVT
350839.1