THOMAS M. HERLIHY (SBN 83615)
FRANCIS J. TORRENCE (SBN 154653)
**WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendant,
PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS ARLEEN CASTROVINCI, | Case No.: C08-01678 JW |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| vs. | Date:  June 30, 2008 |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, a Tennessee corporation, | Time: 9:00 a.m.<br>Dept.: 8 |
| Defendant. | |

1    **TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

2    PLEASE TAKE NOTICE that on June 30, 2008, at a time to be selected by the Court, or as

3
soon thereafter as this matter may be heard, Defendant Provident Life & Accident Insurance
4
Company ("Defendant") will move this court to Dismiss Plaintiff's Complaint herein pursuant to
5
6    FRCP 12(b)(6) because the complaint fails to state a claim upon which relief may be granted

7    because plaintiff's state common law claims are preempted by ERISA.

8    The motion will be based on this Notice of Motion and Motion, the accompanying

9    Memorandum of Points and Authorities and Declaration of Francis Torrence, and the pleadings

10   and papers filed herein.

11

12

13
Dated: May 16, 2008
14
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
15

16
By:_____/S/_____
17
Francis Torrence
Attorneys for Defendant
18
PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY
19

20

21

22

23

24

25

26

27

28

2
NOTICE OF MOTION AND MOTION TO DISMISS