1  THOMAS M. HERLIHY (SBN 83615)
   FRANCIS J. TORRENCE (SBN 154653)
2  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
3  525 Market Street, 17th Floor
   San Francisco, California 94105-2725
4  Telephone:   (415) 433-0990
   Facsimile:   (415) 434-1370
5
   Attorneys for Defendant,
6  PROVIDENT LIFE AND ACCIDENT
   INSURANCE COMPANY
7

8

9           **UNITED STATES DISTRICT COURT**

10          **NORTHERN DISTRICT OF CALIFORNIA**

11
   PHYLLIS ARLEEN CASTROVINCI,        )   Case No.: C08-01678 JW
12                                    )
              Plaintiff,              )   **[PROPOSED] ORDER GRANTING**
13                                    )   **DEFENDANT'S MOTION TO DISMISS**
       vs.                            )   **PLAINTIFF'S COMPLAINT**
14                                    )
   PROVIDENT LIFE AND ACCIDENT        )   Date: June 30, 2008
15 INSURANCE COMPANY, a Tennessee     )   Time: 9:00 a.m.
   corporation,                       )   Dept.: 8
16                                    )
              Defendant.              )
17 _____)

18

19

20

21

22

23

24

25

26

27

28                                     1
   [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
   Case No.: C08-01678 JW
   353320.1

This matter came on regularly for hearing on June 30, 2008. Appearances of counsel are as reflected in the minutes of the Clerk.

Defendant Provident Life & Accident Insurance Company ("Defendant") seeks an order to dismiss the two claims for relief set forth in Plaintiff's Complaint. The basis for the motion is that the state common law claims are preempted by ERISA. Defendant is correct.

**ORDER**

Defendant's motion is granted and Plaintiff's Complaint is hereby dismissed and the attendant supporting allegations are stricken. Plaintiff has twenty (20) days to amend her pleadings to state claims under ERISA.

Date: _____, 2008      _____
                                JAMES WARE
                                UNITED STATES DISTRICT JUDGE