1  THOMAS M. HERLIHY (SBN 83615)
   FRANCIS J. TORRENCE (SBN 154653)
2  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
3  525 Market Street, 17th Floor
   San Francisco, California 94105-2725
4  Telephone:   (415) 433-0990
   Facsimile:   (415) 434-1370
5
   Attorneys for Defendant,
6  PROVIDENT LIFE AND ACCIDENT
   INSURANCE COMPANY
7

8

9                  **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11

12 PHYLLIS ARLEEN CASTROVINCI,          )   Case No.: C08-01678 JW
                                        )
13           Plaintiff,                 )   **CERTIFICATE OF INTERESTED**
                                        )   **ENTITIES OR PERSONS [CIV. L.R. 3-16]**
14    vs.                               )
                                        )
15 PROVIDENT LIFE AND ACCIDENT          )
   INSURANCE COMPANY, a Tennessee       )
16 corporation,                         )
                                        )
17           Defendant.                 )
   _____ )

---

1
CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
Case No.: C08-01678 JW
353321.1

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named party, there is no such interest to report.

3  Unum Group (formerly known as UnumProvident Corporation)

4  Provident Life & Accident Insurance Company

5  Unum Life Insurance Company

6  The Paul Revere Life Insurance Company

7

8

9  Dated: May 16, 2008

10  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

11

12  By:_____/S/_____
    Francis Torrence
13  Attorneys for Defendant
    PROVIDENT LIFE AND ACCIDENT
14  INSURANCE COMPANY

2
CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
Case No.: C08-01678 JW
353321.1