**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS ARLEEN CASTROVINCI,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>ROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　Defendant(s).<br>_____/ | No. C 08-01678 JW<br><br>CLERK'S NOTICE CONTINUING MOTION HEARING; CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion to Dismiss before Judge James Ware previously noticed for June 30, 2008 at 9:00 AM has been reset to **September 22, 2008 at 9:00 AM**. The Court also continued that Case Management Conference set for August 25, 2008 at 10:00 AM to **September 22, 2008 at 10:00 AM in** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: May 20, 2008

　　　　　　　　　　　　　　　　　　　　　FOR THE COURT,
　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk


　　　　　　　　　　　　　　　　　　by:　　　　/s/　　　　
　　　　　　　　　　　　　　　　　　　　Elizabeth Garcia
　　　　　　　　　　　　　　　　　　　　Courtroom Deputy