DAVID I. KORNBLUH, ESQ., SBN 162310
AUTUMN E. CASADONTE, ESQ., SBN 242887
MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA  95110-1339
Telephone:  (408) 292-1765
Facsimile:  (408) 436-8272
dik@millermorton.com
aec@millermorton.com

Attorney for Plaintiff
PHYLLIS ARLEEN CASTROVINCI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS ARLEEN CASTROVINCI,<br><br>        Plaintiff,<br><br>    vs.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, a Tennessee corporation,<br><br>        Defendant. | Case No.: C08-01678 JW<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R.3-5:

The parties agree to participate in the following ADR process:  Mediation (ADR L.R.6)

The parties agree to hold the ADR session by December 22, 2008.

Dated: September 10. 2008          MILLER, MORTON, CAILLAT & NEVIS, LLP


                                   By:     /s/ Autumn E. Casadonte
                                           AUTUMN E. CASADONTE
                                           Attorneys for Plaintiff PHYLLIS ARLEEN
                                           CASTROVINCI

//

//

MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110-1339

1

Dated: September 10, 2008                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER,


                                             By:    /s/ Francis Torrence
                                             FRANCIS TORRENCE, Attorneys for Defendant
                                             PROVIDENT LIFE AND ACCIDENT INSURANCE CO

**[PROPOSED ORDER]**

Pursuant to the above Stipulation, the captioned matter is hereby referred to:  Mediation.
The parties request that the deadline for the ADR session be set for January 30, 2009,
due to the typical 90-day completion window falling in the middle of the winter
holidays.


**IT IS SO ORDERED**:

The request to extend ADR deadline is GRANTED.  Deadline to hold ADR session is set for
January 30, 2009.

Dated: September 17, 2008                _____
                                         United States District Judge

2

MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110-1309