DAVID I. KORNBLUH, ESQ., SBN 162310
MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, California 95110
Telephone: (408) 292-1765
Facsimile: (408) 436-8272

Attorneys for Plaintiff
PHYLLIS ARLEEN CASTROVINCI

**GRANTED**
Judge James Ware
2/19/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS ARLEEN CASTROVINCI,<br><br>Plaintiff,<br><br>vs.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, a Tennessee corporation,<br><br>Defendant. | Case No.: C08-01678 JW<br><br>STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: February 18, 2009

MILLER, MORTON, CAILLAT & NEVIS, LLP

By: _____
DAVID I. KORNBLUH
Attorneys for Plaintiff PHYLLIS ARLEEN CASTROVINCI

Dated: February 10, 2009

WILSON, ELSER, MOSKOWITZ, et al.

By: _____
FRANCIS J. TORRENCE
Attorneys for Defendant PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY

**IT IS SO ORDERED:**

The Court terminates any remaining pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: February 19, 2009

_____
United States District Judge